PER CURIAM.
Affirmed on the authority of Thomas v. Wade, 48 Fla. 311, 37 So. 743; Ferry Pass Inspectors’ & Shippers’ Ass’n v. White’s River I. & S. Ass’n, 57 Fla. 399, 48 So. 643, 22 L.R.A.,N.S., 345. See also, Carmazi v. Board of County Com’rs of Dade County, Fla.App.1959, 108 So.2d 318; Bertram v. State Road Department, Fla.App.1960, 118 So.2d 674; Central and Southern Florida Flood Control District v. Griffith, Fla.App. 1960, 119 So.2d 423.
HORTON, C. J., and PEARSON and CARROLL, CHAS., JJ., concur.